# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRANCE NORMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:19-CV-2299 PLC |
| | ) |
| SHERIE L. KORNEMAN, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. As such, the Court will require petitioner to either file a motion to proceed in forma pauperis and provide the Court with a copy of a financial affidavit, or pay the $5 filing fee, within twenty-one (21) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis − habeas cases, along with the accompanying financial affidavit in support. Petitioner must fill out the required documentation in full and provide it to the Court within twenty-one (21) days of the date of this Memorandum and Order if he desires to proceed in forma pauperis in this matter.

**IT IS FURTHER ORDERED** that if petitioner wishes to pay the full filing fee, he must pay $5 within twenty-one (21) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that petitioner's failure to comply with this Memorandum and Order will result in a dismissal of this action, without prejudice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of August, 2019